# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v.   CASE NO. 4:00cr55-RH/WCS
     4:06cv27-RH/WCS

JAMES GILYARD,

    Defendant.

_____/

## ORDER DENYING §2255 AND RULE 60(b) MOTIONS

This matter is before the court on the magistrate judge's report and recommendation (document 96) and the objections thereto (document 99). I have reviewed *de novo* the issues raised by the objections. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court. Defendant's motion (document 94) for modification of his sentence or alternatively to stay and abate proceedings on the motion is DISMISSED for failure to obtain authorization from the Court of Appeal for the filing a second or successive motion under 28 U.S.C. § 2255. Defendant's motion (document 95) under Federal Rule of Civil Procedure 60(b) for relief from the judgment on his

prior § 2255 motion is DENIED.

    SO ORDERED this 19th day of July, 2006.

                                     <u>s/Robert L. Hinkle</u>
                                     Chief United States District Judge